# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN CRUZ,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civ. Action No. 04-5406 (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

This matter having been come before the Court by the "Motion for Leave to Supplement and Amend 28 U.S.C. 2255" filed by petitioner Juan Cruz on February 21, 2007,

**IT IS** on this 16th day of August, 2007,

**ORDERED** that this action be and is hereby reopened and placed back on the court's active docket.

/s/  Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.

1