# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

JUAN CRUZ,

       Petitioner,

v.

UNITED STATES OF AMERICA,

       Respondent.

Civ. Action No. 04-5406 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

    For the reasons expressed in the opinion filed herewith,

    **IT IS** on this 16th day of August, 2007,

    **ORDERED** that petitioner's application for a writ of habeas corpus is **dismissed**; and it is further

    **ORDERED** that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1) because petitioner has failed to make a substantial showing of the denial of a constitutional right.

                                    /s/  Katharine S. Hayden

                                    Katharine S. Hayden, U.S.D.J.

Dockets.Justia.com